UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SYLVESTER BOSTON,

    Defendant.
_____/

HON. NANCY G. EDUMUDS
CASE NO. 14-20383-01

## ORDER

IT IS HEREBY ORDERED that Defendant, Sylvester Boston, be allowed to leave his home to vote in the August 5, 2014, elections.

IT IS HEREBY ORDERED that Defendant must go directly to the voting precinct and return directly to his residence.

                                                                           _____
                                                                           United States District Court Judge

Dated: August 5, 2014