UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

Case No. 14-20383-1

Honorable Nancy G. Edmunds

v.

SYLVESTER BOSTON, SR.,

    Defendant-Petitioner.

_____/

## JUDGMENT

For the reasons stated in the Court's opinion and order denying Petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 (ECF No. 365), Petitioner's motion is DENIED.

**SO ORDERED.**

                        s/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: June 28, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 28, 2021, by electronic and/or ordinary mail.

                        s/Lisa Bartlett
                        Case Manager